The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SRIRAM KRISHNAN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAMBIA HEALTH SOLUTIONS, INC., an Oregon Company; and REGENCE BCBS OF OREGON, an Oregon Company,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00574-TL<br><br>STIPULATION AND REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR: July 5, 2022 |

COME NOW the parties to this litigation, by and through their undersigned counsel of record, and hereby stipulate and request that the Court enter an order dismissing Plaintiff's Complaint in the above-captioned case with prejudice and without costs or fees to any party.

The parties further agree that, upon entry of the order of dismissal, Plaintiff waives any and all claims against Cambia Health Solutions, Regence BCBS of Oregon, and any and all affiliates, subsidiaries, officers, and directors of Cambia Health Solutions and Regence BCBS of Oregon. As such, Plaintiff is barred from refiling or filing any new claims against all such entities.

///

///

///

STIPULATION AND REQUEST FOR ORDER OF
DISMISSAL WITH PREJUDICE - 1

116049879.1 0027496-00150

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA
98101
Telephone (206) 624-0900

**STIPULATED** and **AGREED** this 5th day of July 2022.

| | |
|---|---|
| */s/ Vera Fomina* (per email authorization) | */s/ Maren Norton* |
| Vera P. Fomina, WSBA No. 49388 | Maren R. Norton, WSBA No. 35435 |
| Skidmore & Fomina, PLLC | STOEL RIVES, LLP |
| 14205 SE 36th Street, Suite 100 | 600 University Street, Suite 3600 |
| Bellevue, WA 98006 | Seattle, WA 98101 |
| vfomina@skidmorefomina.com | Maren.norton@stoel.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

## ORDER

In accordance with the Stipulation and Request for Dismissal filed by the parties, the Court hereby orders that Plaintiff's Complaint in this matter is hereby dismissed with prejudice, with each party to bear their own fees and costs, and Plaintiff waives any and all claims against Defendants and their affiliates, subsidiaries, officers and directors.

**IT IS SO ORDERED.**

DATED: July 6, 2022

_____
Tana Lin
United States District Judge

Presented by:

*/s/ Maren Norton*
Maren Norton, WSBA No. 35435
Maren.norton@stoel.com
STOEL RIVES, LLP
600 University Street, Suite 3600
Seattle, WA 98101
*Attorney for Defendants*


*/s/ Vera Fomina* (per email authorization)
Vera P. Fomina, WSBA No. 49388
vfomina@skidmorefomina.com
Skidmore & Fomina, PLLC
14205 SE 36th Street, Suite 100
Bellevue, WA 98006
*Attorney for Plaintiff*

STIPULATION AND REQUEST FOR ORDER OF
DISMISSAL WITH PREJUDICE - 2

116049879.1 0027496-00150

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900